THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )    3:03-CR-64
          Plaintiff,        )
                            )
     V.                     )    SATISFACTION OF JUDGMENT
_____)    (Munley, J.)
                            )
THOMAS FINNEGAN,            )
          Defendant.        )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on February 24, 2005, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  October 6, 2006

                                        THOMAS A. MARINO
                                        United States Attorney

                                        /s G. MICHAEL THIEL
                                        G. MICHAEL THIEL
                                        Assistant U.S. Attorney

                                        KAREN M. MUSLOSKI
                                        Paralegal Specialist